■ In the Matter of RUTH M. EBRIGHT, Appellant, v. ROBERT D. WARD et al., Respondents.— Order unanimously affirmed, with costs. Application for counsel fees on this appeal denied. Memorandum: Respondent natural mother has made an application to this court for an award of counsel fees in connection with the appeal by the grandparents and father from the Family Court order which denied the grandparents' application for adoption and granted a modification of the custody provision of a Nevada decree so that custody has now been transferred to the mother. ¶ As we held in *Rubin* v. *Rubin* (35 A D 2d 460), any application for counsel fees in connection with such appeal should be made to the court of original instance — here, to Family Court (Domestic Relations Law, § 237, subd. [b]; *Goshin* v. *Goshin,* 30 A D 2d 555). (Appeal from order of Monroe County Family Court dismissing application for adoption and awarding custody.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

■ In the Matter of the Estate of JOHN J. HUNT, Deceased. MINA HUNT, Appellant; GEORGE HUNT, as Executor of John J. Hunt, Deceased, Respondent. — Order unanimously affirmed, without costs. (See *Matter of Bricker* [*Krimer*] v. *Krimer,* 13 N Y 2d 22, 27; *Walsh* v. *Walsh,* 29 A D 2d 991, 992–993.) (Appeal from order of Erie County Surrogate's Court in action to compel delivery of proceeds of bonds.) Present — Marsh, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.

■ In the Matter of SIGNACON CONTROLS, INC., Respondent, v. JOHN H. MULROY, as County Executive of the County of Onondaga, et al., Appellants.— Judgment unanimously affirmed with costs, upon the opinion at Special Term. (Appeal from judgment of Onondaga Special Term, in article 78 proceeding to vacate contract and enjoin respondents.) Present — Goldman, P. J., Marsh, Gabrielli, Cardamone and Henry, JJ. [69 Misc 2d 63.]